In the Matter of STARR L. ROSHIA, Respondent, v CHRISTOPHER J. THIEL, Appellant.

Submitted November 12, 2013; decided December 17, 2013

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Family Court's order denying father's objections to the Support Magistrate's denial of father's motion to vacate, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of MARK S. WALLACH, as Chapter 7 Trustee for NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents. DRYDEN RESOURCES AWARENESS COALITION, Proposed Intervenor.

Submitted November 12, 2013; decided December 17, 2013

Motion to substitute Mark S. Wallach, as Chapter 7 Trustee for Norse Energy Corp. USA, as party appellant herein for Norse Energy Corp. USA granted.

In the Matter of CYNTHIA YOUNG, Appellant, v WILLIAM FRUCI et al., Respondents, and PAUL J. SAUSVILLE, Respondent.

Submitted December 30, 2013; decided December 31, 2013

Motion for leave to appeal denied. The Court of Appeals restates the rule that denial of a motion for leave to appeal is not equivalent to an affirmance and has no precedential value (see Matter of Marchant v Mead-Morrison Mfg. Co., 252 NY 284, 297-298 [1929, Cardozo, Ch. J.]).